LAURA KRANK
ATTORNEY AT LAW: 220208
LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX: 562/432-2935
Email: lekrank@hotmail.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAMELA SASSER-MURRY, <br><br>　　　　Plaintiff, <br><br>　vs. <br>MICHAEL J. ASTRUE, <br>Commissioner of Social Security, <br><br>　　　　Defendant. | Case No.: CV 08-0721 FMO <br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 12/4/08

　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　THE HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE