# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAMELA D. SASSER-MURRY, | ) | NO. CV 08-0721 FMO |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Eighteen-Thousand, One-Hundred and Fifty-nine dollars and zero cents ($18,159.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Rohlfing & Kalagian, LLP, shall reimburse plaintiff the amount of Three-Thousand, Five-Hundred dollars and zero cents ($3,500.00).

Dated this 7th day of April, 2010.

/s/
Fernando M. Olguin
United States Magistrate Judge